# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| DR. JAMES ELIPAS, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 07-cv-3026 |
| ) | |
| JAMES K. JEDYNAK; et al., ) | |
| ) | |
| Defendants. ) | |

## FINAL JUDGMENT AGAINST BETTY GAIL HOWARD

The Court having entered summary judgment on April 20, 2010 as to liability in favor of Plaintiffs Andrew Bennett, Brian A. King, Joseph Lanzito, Janice Migon, and P&P Holdings against Betty Gail Howard, and on May 5, 2011 in favor of Plaintiff David Spinney, based on violations of 17 C.F.R. § 240.10b-5 and 815 ILCS 5/12(G); finds that pursuant to 815 ICLS 5/13(A) plaintiffs are entitled to the remedy of rescission from Betty Gail Howard in an amount equal to the full amount paid, together with interest from the date of payment for the securities sold, less any income or other amounts received by the purchaser. The Court having determined that there are no genuine issues of fact as to the amount of rescission, it is hereby ordered:

Final judgments are entered as follows:

1. In favor of Andrew Bennett and against Betty Gail Howard in the total amount of $162,475;

2. In favor of Brian King and against Betty Gail Howard in the total amount of $319,952;

3. In favor of the Joseph Lanzito and against Betty Gail Howard in the total amount of $159,976;

4. In favor of Janice Migon and against Betty Gail Howard in the total amount of $319,952;

5. In favor of P&P Holdings and against Betty Gail Howard in the total amount of $2,215,903.50;

6. In favor of David Spinney and against Betty Gail Howard in the total amount of $1,096,508.

SO ORDERED

Dated:

_____

U.S. District Judge