## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

|  |  |  |
|---|---|---|
| DR. JAMES ELIPAS, et al. , | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 07-C-3026 |
| | ) | |
| JAMES K. JEDYNAK; et al., | ) | |
| | ) | |
| Defendants. | ) | |

### FINAL JUDGMENT AGAINST SCOTT H. CUMMINGS

The Court having entered summary judgment on May 5, 2011 as to liability in favor of Plaintiffs Brian A. King, Rosa and Tony Perez, Larry J. Liebovich Living Trust, Ronald Riegelhaupt, Joseph Lanzito, John Ohk, and Adam and Dina Skinner, against Scott Cummings based on violations of 815 ILCS 5/12(G); finds that pursuant to 815 ICLS 5/13(A) plaintiffs are entitled to the remedy of rescission from Scott Cummings in an amount equal to the full amount paid, together with interest from the date of payment for the securities sold, less any income or other amounts received by the purchaser.  The Court having determined that there are no genuine issues of fact as to the amount of rescission, it is hereby ordered:

Final judgments are entered as follows:

1.     In favor of Brian King and against Scott H. Cummings in the total amount of $159,790.82;

2.     In favor of Rosa and Tony Perez and against Scott H. Cummings in the total amount of 162,289.82;

3.     In favor of the Larry J. Liebovich Living Trust and against Scott H. Cummings in the total amount of 407,807.03;

4. In favor of Ronald Riegelhaupt and against Scott H. Cummings in the total amount of as follows 162,289.82;

5. In favor of Joseph Lanzito and against Scott H. Cummings in the total amount of $539,919;

6. In favor of John Ohk and against Scott H. Cummings in the total amount of $416,137.03;

7. In favor of Adam and Dina Skinner and against Scott H. Cummings in the total amount of $76,563.41.

SO ORDERED

Dated:

_____
U.S. District Judge