# United States District Court

## Northern District of Illinois
### Eastern Division

Elipas, et al.

v.

Jedynak, et al.

**JUDGMENT IN A CIVIL CASE**

Case Number: 07 C 3026

- ☐ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

- ☒ Decision by Court. This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in favor of plaintiffs Dr. James Elipas, John Pavlopoulos, Thomas Pavlopoulos, Dennis Pavlopoulos, Ivo Cozzini, Andrew Bennett, Brian King, Joseph Lanzito, Janice Migon, P&P Holdings, Inc. and David Spinney, and against defendant Betty Gail Howard, in the amounts set forth in the attached order.

Date: 11/17/2011

John F. Grady, United States District Court Judge

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

DR. JAMES ELIPAS, et al.,       )
                                )
        Plaintiffs,             )
                                )
v.                              ) Case No. 07-C-3026
                                )
JAMES K. JEDYNAK, et al.,       )
                                )
        Defendants.             )

### JUDGMENT ORDER

Final judgments are hereby entered in favor of the following plaintiffs and against defendant BETTY GAIL HOWARD in the amounts set forth opposite his/her/its name:

| Plaintiff | Judgment Amount |
| --- | --- |
| Dr. James Elipas | $2,111,840.70 |
| John Pavlopoulos | $392,024.10 |
| Thomas Pavlopoulos | $270,010.49 |
| Dennis Pavlopoulos | $74,883.95 |
| Ivo Cozzini | $302,869.14 |
| Andrew Bennett | $89,686.38 |
| Brian King | $169,429.48 |
| Joseph Lanzito | $55,063.04 |
| Janice Migon | $179,557.93 |
| P&P Holdings, Inc. | $1,213,265.98 |
| David Spinney | $629,100.88 |

DATE:   November 17, 2011

ENTER:  _____
        John F. Grady, United States District Judge