# United States District Court
## Northern District of Illinois
### Eastern Division

Elipas, et al.

v.

Jedynak, et al.

**JUDGMENT IN A CIVIL CASE**

Case Number: 07 C 3026

☐ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■ Decision by Court. This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in favor of plaintiffs Dr. James Elipas, John Pavlopoulos, Thomas Pavlopoulos, JS Squared, LLC, Wayne Endre, Katherine Endre, Cuzins Four, LLC, Brian King, Rosa and Tony Perez, Joseph Lanzito, John Ohk, Larry Liebovich Living Trust, Ronald Reigelhaupt, and Adam and Dana Skinnner, and against defendant Scott H. Cummings, in the amounts set forth in the attached order.

Date: 11/17/2011

*/s/ John F. Grady*

John F. Grady, United States District Court Judge

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DR. JAMES ELIPAS, et al., | ) |
| Plaintiffs, | ) |
| v. | ) Case No. 07-C-3026 |
| JAMES K. JEDYNAK, et al., | ) |
| Defendants. | ) |

## JUDGMENT ORDER

Final judgments are hereby entered in favor of the following plaintiffs and against defendant SCOTT H. CUMMINGS in the amounts set forth opposite his/her/its/their name:

| Plaintiff | Judgment Amount |
|---|---|
| Dr. James Elipas | $2,111,840.70 |
| John Pavlopoulos | $392,024.10 |
| Thomas Pavlopoulos | $146,855.49 |
| JS Squared, LLC | $74,883.95 |
| Wayne Endre | $299,535.80 |
| Katherine Endre | $148,934.57 |
| Cuzins Four, LLC | $37,441.96 |
| Brian King | $126,498.15 |
| Rosa and Tony Perez | $151,962.26 |
| Joseph Lanzito | $502,948.09 |
| John Ohk | $382,400.23 |
| Larry Liebovich Living Trust | $381,895.32 |
| Ronald Riegelhaupt | $151,962.36 |
| Adam and Dana Skinner | $71,550.62 |

DATE: November 17, 2011

ENTER: _____
John F. Grady, United States District Judge